UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  3:07cv00503-RV/MD

FRANCES C. McMULLON,

        Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, FRANCES C. McMULLON, is subject to the jurisdiction of this Court. Defendant accepted service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 20 U.S.C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. That judgment should be entered against the defendant in the principal sum of $11,914.46, plus interest in the amount of $1,628.73, accrued through September 26, 2007, plus accruing interest at the annual rate of 8.02% as set forth in the Certificate of Indebtedness prepared by the Department of Education which is attached hereto and incorporated herein, plus costs of court in the sum of $350.00 and costs in the amount of $189.70 to the US Marshal's Office for Service of Process Fees and Expenses.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST, FLA.
PENSACOLA, FLA.

08 MAR -5 PM 2: 32

FILED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 FEB 27 AM 9: 51

KMB
FILED

WHEREFORE, Judgment is entered against the defendant in the sum of $14,082.89 (principal $11,914.46 plus interest $1,628.73; costs of the court $350.00; and US Marshal's service fees $189.70). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

GREGORY R. MILLER
United States Attorney

Frances C. McMullon
Defendant

Paul Alan Sprowls   2/27/08
Assistant United States Attorney

APPROVED AND SO ORDERED:

3/5/08
Date

Honorable Judge Roger Vinson
United States District Judge

Copies to:

Paul Alan Sprowls
Frances C. McMullon